IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PETER BOOKER,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2697

_____/

Opinion filed July 6, 2017.

An appeal from the Circuit Court for Nassau County.
Robert M. Foster, Judge.

Joel D. Robrish, Miami, for Appellant.

Pamela Jo Bondi, Attorney General; Kaitlin Weiss and Virginia Harris, Assistant
Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

ROWE, MAKAR, and JAY, JJ., CONCUR.